Case 4:24-cv-02468   Document 34   Filed on 11/19/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAUSTO FALZONE | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO.: 4:24-CV-02468 |
| | § | |
| | § | |
| FORT BEND COUNTY, ET. AL., | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal With Prejudice Against Defendants, (Doc. 33), this case is **DISMISSED WITH PREJUDICE AGAINST ALL NAMED DEFENDANTS** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. If within 90-days any party represents to the Court that the settlement could not be completed, the Court shall reinstate Plaintiff's claims and causes of action against the Defendants. The Court retains jurisdiction over any settlement agreement. It is so **ORDERED**.

November 19, 2024                                  _____
Date                                                            The Honorable Alfred H. Bennett
                                                                   United States District Judge